**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: April Lynn Sloan<br>     <u>Debtor</u> | CHAPTER 7<br><br>BKY. NO. 17-10169 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Cenlar FSB as Servicer for Lakeview Loan Servicing, LLC, and index same on the master mailing list.

            Respectfully submitted,

            **<u>/s/Brian C. Nicholas, Esquire</u>**
            Brian C. Nicholas, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322 FAX (215) 627-7734