United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
April Lynn Sloan
           Debtor

Case No. 17-10169-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin          Page 1 of 2          Date Rcvd: May 12, 2017
                             Form ID: 318          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
```
db           +April Lynn Sloan,    291B Limerock Road,    Lititz, PA 17543-8738
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13848878      Arcadia Recvoery Bureau,    PO Box 70256,    Philadelphia, PA 19176-0256
13848883     +Cenlar Federal Savings Bank,    PO Box 77404,    Trenton, NJ 08628-6404
13848891     +Goods Disposal Service, Inc.,    4361 Oregon Pike,    Ephrata, PA 17522-9514
13848894     +LGH/Woman & Babies,    690 Good Drive,    Lancaster, PA 17601-2433
13848895      LHG Urgent Care,    896 E. Main Street,    Ephrata, PA 17522
13848893     +Lancaster General Health,    PO Box 3077,    Lancaster, PA 17604-3077
13849465     +Larry D. Sloan,    3167 Greenridge Drive,    Lancaster, PA 17601-1346
13848896     +MCM Inc.,    PO Box 939050,    San Diego, CA 92193-9050
13848902     +Midland Funding LLC,    2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
13848900     +National Recovery Agency,    PO Box 67015,    Harrisburg, PA 17106-7015
13848902     +Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
13848907     +US Bank,    PO Box 3447,    Oshkosh, WI 54903-3447
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: robertsl2@dnb.com May 13 2017 01:03:28    Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2017 01:03:05
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 13 2017 01:03:38    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13848879      EDI: ARSN.COM May 13 2017 00:53:00    ARS National Services, INc,    PO Box 469046,
               Escondido, CA 92046-9046
13848880      EDI: CAPITALONE.COM May 13 2017 00:53:00    Capital One,    P O Box 85015,    Richmond, VA 23285
13848882      E-mail/Text: bankruptcy@cavps.com May 13 2017 01:03:32    Cavalry Portfolio Services,
               PO Box 27288,    Tempe, AZ 85285
13848881     +EDI: CAPITALONE.COM May 13 2017 00:53:00    Capital One National Assoc.,    PO Box 26030,
               Richmond, VA 23260-6030
13848884     +EDI: CHASE.COM May 13 2017 00:53:00    Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
13848885     +E-mail/Text: csd1clientservices@cbof lanc.com May 13 2017 01:04:14
               Credit Bureau of Lancaster County,    PO Box 1271,    Lancaster, PA 17608-1271
13848886     +EDI: CRFRSTNA.COM May 13 2017 00:53:00    Credit First,    PO Box 81307,
               Cleveland, OH 44181-0307
13848887     +EDI: CRFRSTNA.COM May 13 2017 00:53:00    Credit First/Firestone,    PO Box 81083,
               Cleveland, OH 44181-0083
13848888      EDI: DIRECTV.COM May 13 2017 00:53:00    Directv,    PO Box 6550,    Englewood, CO 80155
13848889      EDI: DISCOVER.COM May 13 2017 00:53:00    Discover Card,    PO Box 15316,
               Wilmington, DE 19804
13848890     +EDI: BLUESTEM May 13 2017 00:53:00    Fingerhut/Webbank,    6250 Ridgewood Road,
               Saint Cloud, MN 56303-0820
13848892     +E-mail/Text: csd1clientservices@cbof lanc.com May 13 2017 01:04:14    Lancaster Collections,
               218 W. Orange Street,    Lancaster, PA 17603-3746
13848897     +EDI: MID8.COM May 13 2017 00:53:00    Midland Credit Management,    PO Box 60578,
               Los Angeles, CA 90060-0578
13848901     +EDI: NAVIENTFKASMSERV.COM May 13 2017 00:53:00    Navient,    PO Box 9635,
               Wilkes Barre, PA 18773-9635
13848903     +E-mail/Text: bankruptcynotices@psecu.com May 13 2017 01:04:21    PSECU,    PO Box 67013,
               Harrisburg, PA 17106-7013
13848904      EDI: DRIV.COM May 13 2017 00:53:00    Santander Consumer USA,    Po Box 105255,
               Atlanta, GA 30348-5255
13848905     +EDI: RMSC.COM May 13 2017 00:53:00    Synchrony Bank/Amazon,    PO Box 965036,
               Orlando, FL 32896-5036
13848906     +EDI: RMSC.COM May 13 2017 00:53:00    Synchrony Bank/TJMax,    PO Box 965036,
               Orlando, FL 32896-5036
                                                                               TOTAL: 21
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13848899*    +Midland Funding LLC,    2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: admin            Page 2 of 2          Date Rcvd: May 12, 2017
                              Form ID: 318           Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS     on behalf of Creditor    Lakeview Loan Servicing, LLC
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net,   J100@ecfcbis.com
          MICHAEL D. HESS    on behalf of Debtor April Lynn Sloan amburke7@yahoo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **April Lynn Sloan** | Social Security number or ITIN   **xxx–xx–4843** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **17–10169–ref**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

April Lynn Sloan

<u>5/11/17</u>

**By the court:**   <u>Richard E. Fehling</u>
                    United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---